1  SAGARIA LAW, P.C.
   SCOTT J. SAGARIA (State Bar No. 217981)
2  ELLIOT W. GALE (State Bar No. 263326)
   JOE B. ANGELO (State Bar No. 268542)
3  SCOTT M. JOHNSON (State Bar No. 287182)
   2033 Gateway Place, 5th Floor
4  San Jose, CA 95110
   Telephone:  (408) 279-2288
5  Facsimile:  (408) 279-2299

6  Attorneys for Plaintiff
       JOSEPHINE ARTUS
7

8

9                 UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                       SAN JOSE DIVISION

| | |
|---|---|
| JOSEPHINE ARTUS, | Case No. 5:16-cv-03322-EJD |
| Plaintiff, | [Assigned to the Hon. Edward J. Davila] |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX, INC.; CAPITAL ONE, NATIONAL ASSOCIATION; JPMORGAN CHASE BANK; FIRST PREMIER BANK; TD BANK USA, NATIONAL ASSOCIATION and DOES 1 through 100 inclusive, | **NOTICE OF VOLUNTARY DISMISSAL OF CHASE BANK USA, N.A., ERRONEOUSLY SUED AS JPMORGAN CHASE BANK, WITH PREJUDICE PURSUANT TO FED. R. CIV. PROC. 41(a) AND [PROPOSED] ORDER** |
| Defendants. | |

---

NOTICE OF VOLUNTARY DISMISSAL OF CHASE BANK USA, N.A. WITH PREJUDICE AND [PROPOSED] ORDER
Case No. 5:16-cv-03322-EJD

LA 52001366

**PLEASE TAKE NOTICE** that Plaintiff Josephine Artus ("Plaintiff"), through her counsel of record, hereby voluntarily dismisses all claims in this action *with prejudice* as to defendant Chase Bank USA, N.A., erroneously sued as JPMorgan Chase Bank ("Chase"), pursuant to Fed. R. Civ. P. 41(a)(1).  Chase has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment.  Each party shall bear her/its own attorneys' fees and costs.

Dated:  August 3, 2016

SAGARIA LAW, P.C.
SCOTT J. SAGARIA
ELLIOT W. GALE
JOE B. ANGELO
SCOTT M. JOHNSON

By: _____*/s/ Elliot Gale*_____
Elliot Gale

Attorneys for Plaintiff
JOSEPHINE ARTUS

### [PROPOSED] ORDER

Pursuant to the voluntary dismissal filed by Plaintiff, Chase Bank USA, N.A., erroneously sued as JPMorgan Chase Bank, is dismissed with prejudice.  IT IS SO ORDERED.

Date: 8/4/2016    By: _____
Hon. Edward J. Davila
Judge of the United States District Court
Northern District of California

---

NOTICE OF VOLUNTARY DISMISSAL OF CHASE BANK USA, N.A. WITH PREJUDICE AND [PROPOSED] ORDER
Case No. 5:16-cv-03322-EJD

LA 52001366