UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPHINE ARTUS,<br><br>        Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>        Defendants. | Case No.  5:16-cv-03322-EJD<br><br>**ORDER TO SHOW CAUSE** |

On September 19, 2016, the court issued a Case Management Order which scheduled a Further Case Management Conference for this action on November 17, 2016, and required that a Joint Case Management Conference Statement be filed on or before November 10, 2016.  Dkt. No. 49.  As of the date and time this order was filed, however, the court has not received a statement from any party.

Accordingly, the court hereby issues an order to show cause why this action should not be dismissed for failure to prosecute.  If Plaintiff does not, by **12:00 p.m. on November 15, 2016**, file or cause to be filed a case management conference statement which conforms to the undersigned's applicable Standing Order or otherwise demonstrate good cause in writing why this case should not be dismissed, the court will dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b).  No hearing will be held on the order to show cause unless otherwise ordered by the court.

**IT IS SO ORDERED.**

Dated: November 10, 2016

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 5:16-cv-03322-EJD
ORDER TO SHOW CAUSE

1